# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
APR 09 2008
JOHN F. CORCORAN, CLERK
BY: [signature] DEPUTY CLERK

United States of America
v.
Marvin Alton Randolph, Jr.

Case No: 7:05CR00001-001
USM No: 11279-084

Date of Previous Judgment: July 13, 2005
(Use Date of Last Amended Judgment if Applicable)

Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ______ months **is reduced to** ______.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: ______
Criminal History Category: ______
Previous Guideline Range: ______ to ______ months

Amended Offense Level: ______
Criminal History Category: ______
Amended Guideline Range: ______ to ______ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The defendant received the statutory mandatory minimum sentence of 120 months as to each of his convictions, to run concurrently with each other. The 2007 amendments to the crack cocaine sentencing guidelines cannot reduce his guideline range below the statutory mandatory minimum. As 18 U.S.C. § 3582(c)(2) authorizes a sentence reduction only when the guidelines range has been reduced, the defendant is not eligible for a sentence reduction under the amendments.

Except as provided above, all provisions of the judgment dated July 13, 2005 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 9, 2008

[signature]
Judge's signature

Effective Date: ______
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title